```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------x

FRANK CRETELLA,

                Plaintiff,

        -against-
                                              08 CV 1566 (LTS)
NELSON LURIANO,
MARGARET SPANIOLO,
MARIA LOCISANO and
BERGDORF GOODMAN, INC.,

                Defendants.

-------------------------------------x
```

## DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1

Defendant Bergdorf Goodman, Inc., a nongovernmental corporate party, by its attorneys the Law Offices of Andrew P. Saulitis P.C., states that its corporate parent is Neiman Marcus Holdings, Inc., whose parent The Neiman Marcus Group, Inc., whose parent is Neiman Marcus, Inc., whose parent is Newton Holding, LLC.  Shares are not publicly held.

```
Dated:  New York, New York
        April 16, 2008
                                    /s/_____
                                    ANDREW P. SAULITIS (AS8047)
                                    LAW OFFICES OF
                                    ANDREW P. SAULITIS P.C.
                                    Attorneys for Defendants
                                      Nelson Luriano, Margaret
                                      Spaniolo, Maria Loccisano and
                                      Bergdorf Goodman, Inc.
                                    555 Madison Avenue
                                    New York, New York 10022-3301
                                    (212) 459-0900
```