May 12, 2008

Honorable Laura Taylor Swain
United States Judge,
Southern District of New York,
500 Pearl Street,
New York, New York 10007

Re: Frank Cretella v. Nelson Luriano, et al.
Case No. CV 08-1566 (LTS)(THK)

Dear Judge Swain,

    I am the attorney for the Plaintiff in this matter. I write to inform the Court that Assigned Document Number 5 on the docket of this matter was filed in error, and is hereby withdrawn.

    Defendants' attorney consents to the withdrawal of the said Assigned Document Number 5.

Respectfully submitted,

_____
Da'Tekena Barango-Tariah, Esq.
(DB 5592)
Attorney for Plaintiff

1